GAY *v.* PORTER *et al.,* executors.

BECK, J. Upon a consideration of the pleadings and the entire record in this case, it does not appear that the court below abused its discretion in refusing an injunction. *Judgment affirmed. All the Justices concur.*

APRIL 18, 1910.

Petition for injunction. Before Judge Bell. Fulton superior court. November 2, 1909.

*Dorsey, Brewster, Howell & Heyman,* for plaintiff.

*J. H. Porter* and *Rosser & Brandon,* for defendants.